## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| JEANNIE MELILLO, individually, and on behalf of all other similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>CENTENNIAL BANK d/b/a HAPPY STATE BANK,<br><br>        Defendant. | Case No. 4:23-cv-00464-BRW |

## NOTICE OF APPEARANCE

Attorney Martha Ayres of Table Law, PLLC, hereby enters her appearance in this case as counsel for Defendant Centennial Bank d/b/a Happy State Bank.

I certify that am admitted to practice in this Court.

                                                      Respectfully submitted,

                                                      Martha Ayres
                                                      Bar Number 2012233
                                                      **TABLE LAW, PLLC**
                                                      10201 W. Markham Street
                                                      Suite 311
                                                      Little Rock, AR
                                                      Tel: (501) 491-0300
                                                      Email: martha@tablelaw.com

                                                      ***Attorneys for Defendant***