UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| JEANNIE MELILLO, individually, and on behalf of all other similarly situated,<br>Plaintiff,<br>v.<br><br>CENTENNIAL BANK d/b/a HAPPY STATE BANK<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 4:23-cv-00464-BRW |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to provisions of Rule 83.5(d) of the Local Rules of the United States District Court for the Eastern District of Arkansas, Martha Ayres, a member in good standing with the Bar of this Court and attorney of record for Defendant Centennial Bank d/b/a Happy State Bank (hereinafter, "Defendant"), moves this Court to admit James F. Monagle *pro hac vice* as additional counsel of record for Defendant Centennial Bank d/b/a Happy State Bank.

Mr. Monagle's place of residence is 409 Encina Avenue, Davis, CA 95616. Mr. Monagle is a Partner with the law firm Mullen Coughlin LLC located at 426 W. Lancaster Avenue, Suite 200, Devon, PA 19333, Telephone: (267) 930-1529, Facsimile: (267) 930-4771, and Email: jmonagle@mullen.law.

Mr. Monagle is a member in good standing of the State Bar of California as reflected by the Certificate of Good Standing attached hereto, and is licensed to practice law in the following states and territories:

| Court | Bar Number | Admission Date |
|---|---|---|
| Supreme Court of New Jersey | 092082015 | 06/03/2015 |
| Supreme Court of California | 236638 | 05/24/2005 |
| Supreme Court of New York | 5418421 | 02/18/2016 |
| USDC for the District of New Jersey | | 07/16/2020 |
| USDC for the Eastern District of New York | | 12/19/2016 |
| USDC for the Northern District of New York | | 12/15/2022 |
| USDC for the Southern District of New York | | 07/08/2016 |
| USDC for the Central District of California | | 10/26/2006 |
| USDC for the Northern District of California | | 09/06/2005 |
| USDC for the Eastern District of California | | 01/03/2007 |
| USDC for the Southern District of California | | 03/16/2009 |
| USDC for the Eastern District of Texas | | 09/06/2005 |
| U.S. Courts of Appeal for the 9th & 11th Circuits | | 03/19/2008 |

Mr. Monagle's admission fee will be tendered to the Clerk of Court within the time prescribed to remit such payment.

Respectfully submitted this the 22 day of March 2024.

/s/ Martha Ayres
Martha Ayres (Ark. Bar No. 2012233 )
*Attorney for Centennial Bank d/b/a Happy State Bank, Defendant*

OF COUNSEL:
**Table Law, PLLC**
10201 West Markham Street
Suite 311
Little Rock, AR  72205
(501) 491-0300
martha@tablelaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22 day of March, 2024, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

                                           */s/ Martha Ayres*