# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

February 22, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES FRANCIS MONAGLE, #236638 was admitted to the practice of law in this state by the Supreme Court of California on May 24, 2005; that from the date of admission to July 2, 2019, they were an ACTIVE licensee of the State Bar of California; that effective July 2, 2019, they were suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees; that said suspension remained in effect to August 28, 2019 upon which last mentioned date they were reinstated by the Supreme Court upon payment of all delinquent State Bar fees and penalties; they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records