IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**Jeannie Melillo** on behalf of herself and
all others similarly situated,
                Plaintiff,

v.                                                          Case No. 4:23-cv-00464-BRW

**Centennial Bank d/b/a Happy State Bank,**
                Defendant.

### DEFENDANT'S MOTION TO DISMISS AND STRIKE PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Centennial Bank d/b/a Happy State Bank hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiff's Class Action Complaint. In the alternative, if the Court does not dismiss the Complaint, Defendant hereby moves pursuant to Federal Rule of Civil procedure 12(f) to strike the immaterial and impertinent allegations concerning identity theft that have nothing to do with the parties or facts of this case. In support thereof, Defendant relies upon the accompanying Memorandum of Law.

Date: March 25, 2024

                                                By:   /s/ Martha Ayres
                                                       Martha Ayres, Ark. Bar No. 2012233
                                                       **TABLE LAW, PLLC**
                                                       10201 W. Markham Street
                                                       Suite 311
                                                       Little Rock, AR
                                                        Tel: (501) 491-0300
                                                       Email: Martha@tablelaw.com

>**MULLEN COUGHLIN LLC**
>James Monagle*
>309 Fellowship Rd, Suite 200
>Mt. Laurel, NJ 08054
>jmonagle@mullen.law
>
>*Attorneys for Defendant Centennial Bank d/b/a Happy State Bank*
>
>*Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>By: /s/ Martha Ayres
>Martha Ayres, Ark. Bar. No. 2012233