IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Jeannie Melillo,

    On behalf of herself all others similarly situated,

    Plaintiff,

v.

Centennial Bank d/b/a Happy State Bank,

    Defendant.

Case No.: 4:23-cv-464-BRW

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

Pursuant to Rule 41(a)(1)(A)(i), the above-captioned action is hereby dismissed without prejudice as to Defendant Centennial Bank d/b/a Happy State Bank, with each party to bear its own costs and attorneys' fees.

Dated: April 8, 2024

Respectfully submitted,

Josh Sanford
AR Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

Philip J. Krzeski (MN BAR #0403291)
Bryan L. Bleichner (CAL BAR # 220340)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
pkrzeski@chestnutcambronne.com
bbleichner@chesnutcambronne.com
*Attorneys for Plaintiff and Putative Class*

1